UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: Mario C. Marshall : Case No: 15-10350
       Debtor : Chapter 13

## NOTICE OF APPEAL

Pursuant to F.R.B.P. 8001, et.seq, Kevin R. Molloy, on behalf of Simon Fitzgerald LLC, respectfully files this Notice of Appeal under 28 U.S.C. Section 158(a), from the orders of Honorable Jeffery P. Norman entered in this bankruptcy proceeding on the 25th day of January, 2016 (Docket #41) and the 29th day of January, 2016 (Docket #45), on the Application for Compensation by Attorney for Debtor Requesting an Ex Parte Order Approving Compensation (Docket #40) and the subsequent Motion to Vacate Order (Docket #42). Counsel is appealing the Court's denial of Counsel's requested fee of up to $1,000.00, authorized under 11 U.S.C. Section 330, for actual and necessary services rendered for the Debtor that were reasonable and beneficial at the time toward completion of the Debtor's Chapter 13 case, and the requested payment of the fee prior to conversion of the case to one under Chapter 7.

The names of all parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Mario C. Marshall
1450 Oxford Street
Shreveport, LA 71103
**DEBTOR**

Lucy G. Sikes
PO Box 1770
Shreveport, LA 71166
(318) 673-8244
**STANDING CHAPTER 13 TRUSTEE**

Dated: February 12, 2016    SIMON, FITZGERALD, COOKE, REED & WELCH

BY:   /s/ Kevin R. Molloy
Kevin R. Molloy - LA Bar No. 17331
4700 Line Avenue, Suite 200
Shreveport, LA 71106-1546
(318) 868-2600
**ATTORNEY FOR DEBTOR**