UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE:  Mario C. Marshall : Case No: 15-10350
 :
Debtor : Chapter 7

## DESIGNATION OF ITEMS FOR INCLUSION IN THE RECORD ON APPEAL AND ISSUES TO BE CONSIDERED

NOW INTO COURT comes Mario C. Marshall, through undersigned Counsel, appellant herein, who requests that the following items be included in the record of this appeal pursuant to F.R.B.P. Rule 8009:

1. The Application for Compensation by Attorney for Debtor Requesting an Ex Parte Order Approving Compensation, listed at Docket Entry 40 on the Clerk's Docket.

2. The Order of Honorable Jeffrey P. Norman in this bankruptcy proceeding entered on January 25, 2016, on the Application for Compensation by Attorney for Debtor Requesting an Ex Parte Order Approving Compensation in which the Court denied Counsel's request for compensation. This Order is listed as Docket Entry 41 on the Clerk's Docket.

3. The Motion to Vacate the Order Denying Application Requesting An Ex Parte Order Approving Compensation listed at Docket Entry 42 on the Clerk's Docket.

4. The Order of Honorable Jeffrey P. Norman in this bankruptcy proceeding entered on January 29, 2016 on the Motion to Vacate the Order Denying Application Requesting An Ex Parte Order Approving Compensation. This Order is listed as Docket Entry 45 on the Clerk's Docket.

5. The entire case of record in Bankruptcy Case Number 15-10350, Mario Marshall, including all pleadings, motions, schedules, statements, notices, minute entries, court notes, orders, judgments and any other documents comprising the official record of the bankruptcy case, from the date of filing of the case (February 26, 2015), through the date of this Designation.

Appellant further states the issues to be considered on appeal:

1. Whether the Supreme Court's ruling in <u>Harris v. Viegelahn</u>, 135 S.Ct. 1829 (2015) precludes Debtor's Counsel from receiving a reasonable compensation for services provided for the benefit of the Debtor and/or the Estate in a Chapter 13 bankruptcy case that is converted prior to confirmation and funds are available to pay such fees prior to the conversion of the case.

2. Whether attorney fees for services rendered by Debtor's Counsel in a Chapter 13 bankruptcy can be of benefit to the Debtor and/or the Estate at the time that the services are rendered and thus compensable if the case is not confirmed.

Respectfully submitted on February 26, 2016.

    Simon, Fitzgerald, Cooke, Reed & Welch

    /s/ Kevin R. Molloy
Kevin R. Molloy, LA Bar No: 17331
Paul M. Cooke, LA Bar No: 4311
4700 Line Avenue, Suite 200
Shreveport, LA 71106
(318) 868-2600 Telephone
(318) 868-8966 Facsimile
ATTORNEYS FOR DEBTOR

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION
***************************

| | | |
|---|---|---|
| IN RE:  Mario C. Marshall | : | Case No: 15-10350 |
| | : | |
| Debtor | : | Chapter 7 |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing "Designation of Items for Inclusion in the Record on Appeal and Issues to be Considered" has been served upon:

| | |
|---|---|
| Mr. Mario C. Marshall<br>1450 Oxford Street<br>Shreveport, La 71103 | Office of the U.S. Trustee<br>Federal Building<br>300 Fannin St., Ste. 3196<br>Shreveport, LA 71101<br>Via Ecf / Electronic Delivery |
| Mr. John Hodge<br>POB 13<br>Shreveport, LA 71161 | |
| Ms. Lucy G. Sikes<br>Chapter 13 Trustee<br>P.O. Box 1770<br>Shreveport, LA 71166-1770 | |

by placing same in the United States Mail, postage pre-paid.

Shreveport, Louisiana this 26th day of February, 2016

                          /s/Cheryl Simon
                             Cheryl Simon
               Legal Assistant to Kevin R. Molloy